IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. TAYLEUR RAYE PICKUP | ) | |
| 2. CHANDA LYNELLE BUTCHER | ) | |
| 3. LINDSEY REANNA BUTCHER | ) | |
| 4. CRYSTAL LEE LEACH | ) | |
| 5. SHYANNE NICOLE SIXKILLER | ) | |
| 6. AND OTHERS SIMILARLY SITUATED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 20-CV-346-JED-FHM |
| | ) | |
| 1. THE DISTRICT COURT OF NOWATA COUNTY, OKLAHOMA | ) | |
| 2. THE DISTRICT COURT OF WASHINGTON COUNTY, OKLAHOMA | ) | |
| 3. THE DISTRICT COURT OF DELAWARE COUNTY, OKLAHOMA | ) | |
| 4. THE DISTRICT COURT OF CRAIG COUNTY, OKLAHOMA | ) | |
| 5. THE DISTRICT COURT OF MAYES COUNTY, OKLAHOMA | ) | |
| 6. THE DISTRICT COURT OF ROGERS COUNTY, OKLAHOMA | ) | |
| 7. KEVIN WRIGHT, in his official capacity, District Attorney of Nowata and Washington Counties, Oklahoma | ) | |
| 8. KENNY WRIGHT, in his official capacity, District Attorney of Delaware County, Oklahoma | ) | |
| 9. MATT BALLARD in his official capacity, District Attorney of Craig, Mayes, and Rogers Counties, Oklahoma | ) | |
| 10. STEVE KUNZWEILER, in his official capacity, District Attorney of Tulsa County, Oklahoma | ) | |
| 11. APRIL FRAUENBERGER, in her official capacity, Court Clerk of Nowata County, Oklahoma | ) | |
| 12. JILL SPITZER, in her official capacity, Court Clerk of Washington County, Oklahoma | ) | |
| 13. CAROLINE WEAVER, in her official capacity, Court Clerk of Delaware County, Oklahoma | ) | |

| | |
|---|---|
| 14. DEBORAH MASON, in her official capacity, Court Clerk of Craig County, Oklahoma | ) ) |
| 15. LAURA WADE, in her official capacity, Court Clerk of Mayes County, Oklahoma | ) ) |
| 16. CATHI EDWARDS, in her official capacity, Court Clerk of Rogers County, Oklahoma | ) ) |
| 17. DON NEWBERRY, in his official capacity as Court Clerk of Tulsa County, Oklahoma | ) ) |
| 18. THE TOWN OF ADAIR, OKLAHOMA | ) |
| 19. THE CITY OF BARTLESVILLE, OKLAHOMA | ) ) |
| 20. THE TOWN OF BIG CABIN, OKLAHOMA | ) |
| 21. THE TOWN OF BLUEJACKET, OKLAHOMA | ) |
| 22. THE CITY OF CATOOSA, OKLAHOMA | ) |
| 23. THE TOWN OF CHELSEA, OKLAHOMA | ) |
| 24. THE TOWN OF CHOTEAU, OKLAHOMA | ) |
| 25. THE CITY OF CLAREMORE, OKLAHOMA | ) |
| 26. THE CITY OF COLLINSVILLE, OKLAHOMA | ) ) |
| 27. THE TOWN OF COPAN, OKLAHOMA | ) |
| 28. THE CITY OF DEWEY, OKLAHOMA | ) |
| 29. THE TOWN OF DISNEY, OKLAHOMA | ) |
| 30. THE CITY OF GROVE, OKLAHOMA | ) |
| 31. THE CITY OF JAY, OKLAHOMA | ) |
| 32. THE TOWN OF KANSAS, OKLAHOMA | ) |
| 33. THE TOWN OF LANGLEY, OKLAHOMA | ) |
| 34. THE TOWN OF LOCUST GROVE, OKLAHOMA | ) ) |
| 35. THE CITY OF NOWATA, OKLAHOMA | ) |
| 36. THE TOWN OF OOLOGAH, OKLAHMA | ) |
| 37. THE CITY OF OWASSO, OKLAHOMA | ) |
| 38. THE CITY OF PRYOR, OKLAHOMA | ) |
| 39. THE TOWN OF RAMONA, OKLAHOMA | ) |
| 40. THE TOWN OF SALINA, OKLAHOMA | ) |
| 41. THE TOWN OF SOUTH COFFEYVILLE, OKLAHOMA | ) ) |
| 42. THE TOWN OF SPAVINAW, OKLAHOMA | ) |
| 43. THE TOWN OF STRANG, OKLAHOMA | ) |
| 44. THE TOWN OF TALALA, OKLAHOMA | ) |
| 45. THE TOWN OF VERDIGRIS, OKLAHOMA | ) |
| 46. THE CITY OF VINITA, OKLAHOMA | ) |
| 47. THE TOWN OF WARNER, OKLAHOMA | ) |
| 48. THE TOWN OF WEST SILOAM SPRINGS, OKLAHOMA | ) ) |
| | ) |
| Defendants. | ) |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

**Defendants Town of Adair, City of Bartlesville, Town of Big Cabin, Town of Bluejacket, City of Catoosa, Town of Chelsea, Town of Chouteau, City of Claremore, City of Collinsville, Town of Copan, City of Dewey, Town of Disney, City of Grove, City of Jay, Town of Kansas, Town of Langley, Town of Locust Grove, City of Nowata, Town of Oologah, City of Pryor, Town of Ramona, Town of Salina, Town of South Coffeyville, Town of Spavinaw, Town of Strang, Town of Talala, Town of Verdigris, City of Vinita, Town of Warner, and Town of West Siloam Springs.**

I certify that I am admitted to practice in this Court and that I am registered in the Court's Electronic Case Filing System.

Date: August ___, 2020

          Respectfully submitted,

          s/Anthony J. Ferate
          Anthony J. Ferate, OBA No. 21171
          Spencer Fane LLP
          9400 N. Broadway Extension, Suite 600
          Oklahoma City, Oklahoma 73114-7423
          Telephone: (405) 844-9900
          Facsimile: (405) 844-9958
          Email: ajferate@spencerfane.com
          **Attorney for Defendants Town of Adair, City of Bartlesville, Town of Big Cabin, Town of Bluejacket, City of Catoosa, Town of Chelsea, Town of Chouteau, City of Claremore, City of Collinsville, Town of Copan, City of Dewey, Town of Disney, City of Grove, City of Jay, Town of Kansas, Town of Langley, Town of Locust Grove, City of Nowata, Town of Oologah, City of Pryor, Town of Ramona, Town of**

**Salina, Town of South Coffeyville, Town of Spavinaw, Town of Strang, Town of Talala, Town of Verdigris, City of Vinita, Town of Warner, and Town of West Siloam Springs**

## CERTIFICATE OF SERVICE

I hereby certify that on August ____, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record as set forth below:

| | |
|---|---|
| John M. Dunn | jmdunn@johndunnlaw.com |
| Mark D. Lyons | lyonscla@swbell.net |
| Misty S. Fields | misty@mistyfieldsesq.com |
| Keith A. Wilkes | kwilkes@hallestill.com |
| Christopher Collins | cjc@czwlaw.com |
| Jamison Whitson | jcw@czwlaw.com |
| Wellon Poe, Jr. | bp@czwlaw.com |
| Stephen Geries | sig@czwlaw.com |
| Thomas LeBlanc | leblanc@bestsharp.com |
| Michael Shouse | mshouse@tulsacounty.org |

s/Anthony J. Ferate

OK 548977.1